UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Government,<br><br> -against-<br><br>Adeeb Saleh,<br><br>       Defendant. | 25 MJ 1927<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

 On November 10, 2025, I received a request from counsel for defendant regarding a need for the defendant, Adeeb Saleh, to visit an MRI laboratory. I requested for a letter from the doctor and it was emailed to chambers on the same day.

 The defendant has permission for the tracking bracelet to be remoted not earlier than noon on Friday, November 14, 2025. Immediately after the appointment, Mr. Saleh, is expected to come back to the courthouse at 500 Pearl Street, NY, NY 10007 for re-installation.

 If the MRI appointment runs late, and he is unable to make it at 500 Pearl Street before 5 PM, he shall 1) inform his pretrial services officer and 2) arrange to meet the officer closer to his doctor for re-installation of the tracker.

DATED: November 10, 2025
     New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge